UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUG'S HOURLY MUSCLE MOVERS
AND PACKERS INC.,

      Plaintiff(s),

vs.                                   CASE NO.:    8:23-cv-02752-KKM-AEP

PROGRESSIVE EXPRESS INSURANCE
COMPANY,

      Defendant(s),

_____/

## MEDIATION RESULTS REPORT

A Mediation Conference was held on July 29th, 2024.

                                     (x)    Plaintiff/Petitioner appeared,

**PLAINTIFF'S ATTORNEY:**      (x)    Defendant/Respondent appeared.

Brandon Cathey, Esquire

                                    Notes to Program_____

**DEFENDANT'S ATTORNEY:**
*MEGAN ALEXANDER, ESQUIRE*      _____

David Angley, Esquire                _____

**MEDIATOR:**

Steven A. Strickland, Esquire

**RESULTS:**
( )    Agreement
( )    Partial Agreement / The agreement is between_____
(x)    No Agreement
( )    Canceled by_____ Reset to_____
( )    Mediation took place and is Continued (Med Date)_____ OR "Open to"_____
( )    Mediation DID NOT proceed because_____ failed to appear.

Length of Mediation Conference: _3 HRS_____

_____
STEVEN A. STRICKLAND, MEDIATOR