UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUG'S HOURLY MUSCLE
MOVERS AND PACKERS, INC.,

    Plaintiff,

v.                                             Case No.: 8:23-cv-02752-KKM-AEP

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiff, DOUG'S HOURLY MUSCLE MOVERS AND PACKERS, INC., and Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY ("PROGRESSIVE"), by and through undersigned counsel, and pursuant to Middle District Local Rule 3.09, hereby files this Joint Notice of Resolution in the above-captioned case. The Parties in this action have reached an amicable resolution of the matter and are in the process of compromising and resolving this case.

s/ Stephanie Miles
Stephanie Miles, Esq.
**Counsel for Plaintiff**

s/ *David Angley*
David Angley, Esq.
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of October 2024, the foregoing document was filed in the CM/ECF portal and served on all counsel of record identified on the attached Service List in the manner specified.

*/s/ DAVID ANGLEY*
**MEGAN E. ALEXANDER, ESQ.**
Fla. Bar No.: 0058883
**DAVID M. ANGLEY, ESQ.**
Fla. Bar No.: 0121464
Young, Bill, Boles, Palmer, Duke, & Thompson, P.A.
401 E. Jackson St., Ste. 2950
Tampa, FL 33602
Tel: (813) 603-3006
Fax: (813) 603-3011
malexander@flalawyer.net
dangley@flalawyer.net
*Counsel for Progressive Express Ins. Co.*

## SERVICE LIST

**BRANDON CATHY, ESQ.**
Fla. Bar No.: 941891
**STEPHANIE MILES, ESQ.**
Fla. Bar No.: 15516
Cathey & Miles, P.A.
76 4th St. N #2005
St. Petersburg, FL 33731
Tel: (727) 308-2222
Lit@CatheyMiles.com
*Counsel for Plaintiff*
*Via CM/ECF*